# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Ameen Abdullah Muhammad *also known as Ex-rel Ameen Abdullah Muhammad also known as Ameen Abdullah Muhammad-Bey*, <br> *Plaintiff* <br> v. <br><br> John Kozelski *Public Defender*; Julie J. Armstrong *Clerk of Court*; Al-Cannon Detention Center *Charleston County Sheriff Department*; Coastal Carolina Occupational Health *Medical Staff*, <br> *Defendant* | ) ) ) ) ) ) | Civil Action No.   1:19-cv-00312-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Ameen Abdullah Muhammad *also known as Ex-rel Ameen Abdullah Muhammad also known as Ameen Abdullah Muhammad-Bey*, shall take nothing of the defendants, John Kozelski *Public Defender*; Julie J. Armstrong *Clerk of Court*; Al-Cannon Detention Center *Charleston County Sheriff Department* and Coastal Carolina Occupational Health *Medical Staff*, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint.

Date:   May 13, 2019                                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/L. Baker
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*